No. 98–85. HUNT, GOVERNOR OF NORTH CAROLINA, ET AL. *v.* CROMARTIE ET AL. D. C. E. D. N. C. [Probable jurisdiction noted, 524 U. S. 980.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 98–97. ANDERSON, DIRECTOR, CALIFORNIA DEPARTMENT OF SOCIAL SERVICES, ET AL. *v.* ROE ET AL., ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED. C. A. 9th Cir. [Certiorari granted, 524 U. S. 982.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 98–184. WYOMING *v.* HOUGHTON. Sup. Ct. Wyo. [Certiorari granted, 524 U. S. 983.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 98–369. NATIONAL AERONAUTICS AND SPACE ADMINISTRATION ET AL. *v.* FEDERAL LABOR RELATIONS AUTHORITY ET AL. C. A. 11th Cir. [Certiorari granted, *ante*, p. 960.] Motion of the Solicitor General to dispense with printing the joint appendix granted.

No. 98–436. ALDEN ET AL. *v.* MAINE. Sup. Jud. Ct. Me. [Certiorari granted, *ante*, p. 981.] Motion of the United States for leave to intervene granted.

No. 98–6817. SCHWARZ *v.* FEDERAL BUREAU OF INVESTIGATION. C. A. 10th Cir.;

No. 98–6818. SCHWARZ *v.* NATIONAL INSTITUTE OF CORRECTIONS ET AL. C. A. 10th Cir.;

No. 98–6819. SCHWARZ *v.* UNITED STATES PAROLE COMMISSION ET AL. C. A. 4th Cir.; and

No. 98–6820. SCHWARZ *v.* NATIONAL ARCHIVES AND RECORDS ADMINISTRATION. C. A. 10th Cir. Motions of petitioner for leave to proceed *in forma pauperis* denied. See this Court's Rule 39.8. Petitioner is allowed until January 4, 1999, within which to pay the docketing fees required by Rule 38(a) and to submit petitions in compliance with Rule 33.1 of the Rules of this Court.

No. 98–6948. IN RE MORALES. Petition for writ of habeas corpus denied.